IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ALBERTO GARCIA, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 1:24-CV-00146-C |
| WARDEN, FCI BIG SPRING, | § | |
| Respondent. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

Dated October 21, 2024.

SAM R. CUMMINGS
Senior United States District Judge